IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

**RECEIVED**
JUL 31 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:18-CR-041 |
| v. | INDICTMENT |
| JAMIE LYNN OPALIA, | T. 42 U.S.C. § 408(a) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### Social Security Representative Payee Fraud

From on or about July 2013 up to and including August 2017, in the Southern District of Iowa, the Defendant, JAMIE LYNN OPALIA, having made an application to receive payment under subchapter II of Chapter 7, Title 42 of the United States Code, for the use and benefit of another, A.O., and having received such a payment, did knowingly and willfully convert such a payment, or any part thereof, to a use other than for the use and benefit of A.O.

This is a violation of Title 42, United States Code, Section 408(a).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: *[signature]*
Michael B. Duffy
Assistant United States Attorney