UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF IOWA

Report on Defendant Under Pretrial Supervision

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Jamie Lynn Opalia | **Case Number:** | 1:18-CR00041-001 |
| **Name of Judicial Officer:** | Celeste F. Bremer, U. S. Magistrate Judge | | |
| **Charge:** | 42 U.S.C. § 408(a) - Misuse Of Social Security Number | | |
| **Placed on Bond:** | August 7, 2018 | | |
| **Type of Bond:** | Personal Recognizance | | |
| **Sentencing Date:** | February 26, 2019 | | |
| **Assistant U. S. Attorney:** | Michael B. Duffy | **Defense Attorney:** | Joshua W. Weir |

## PETITIONING THE COURT

The defendant has not complied with the following condition of Pretrial supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Failure to Comply with Substance Abuse Treatment | a) On January 23, 2019, the Probation Office spoke with Ms. Opalia's therapist, who advised Ms. Opalia was discharged from Heartland Family Services due to lack of attendance for 30 days. The defendant is eligible to return to the treatment program in February 2019. |

**U. S. Probation Officer Action:**

The defendant was verbally admonished and she will restart substance abuse treatment at Heartland Family Services in Council Bluffs, Iowa, in February 2019. Additionally, the Probation Office will increase urinalysis testing for the defendant due to the lack of treatment received.

U.S v. Jamie Lynn Opalia (1:18-CR00041-001)　　　　　　　　　　　　　　　　Information Only - January 23, 2019

**Background Information:**

The defendant was released on a personal recognizance bond on August 7, 2018. This is the defendant's first violation on pretrial release and she is pending sentencing.

　　　　　　　　　　　　　　　Respectfully submitted,

By　*Megan C. Hoffman*

　　　　　　　　　　　　　　　Megan C. Hoffman
　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　Date: January 24, 2019

U.S v. Jamie Lynn Opalia (1:18-CR00041-001)                                Information Only - January 23, 2019

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

- [x] Does not object to the proposed action.
- [ ] Objects but does not request a formal hearing be set.
- [ ] Objects and will petition the Court requesting that a formal hearing be set.

AUSA: __MICHAEL DUFFY__     Signature: _[signed]_

- [ ] No further action is needed
- [ ] Submit a request for modification of the condition or term of supervision.
- [ ] Submit a request for warrant or summons.
- [ ] Other: _____

_____
Signature of Judicial Officer

_____
Date