## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:18CR00041-JAJ** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **SEALED** |
| **vs.** | ) | **SENTENCING MEMORANDUM** |
| | ) | |
| **JAMIE LYNN OPALIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW the Defendant, Jamie Lynn Opalia, by and through her attorney of record, Joshua W. Weir, and hereby respectfully submits to the Court the following Sealed Sentencing Memorandum, setting forth all factors that the Court should consider in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

Jamie Lynn Opalia ("Opalia") is scheduled to be sentenced for Social Security Payee Fraud on Tuesday, February 19, 2019 at 2:30 p.m.

There are no outstanding issues for sentencing. Ms. Opalia has the following advisory guideline calculation:

Base Offense Level § 2B1.1(a)(2):                                6

§ 2B1.1(b)(1)(C):                                +4

Acceptance of Responsibility § 3E1.1(a)-(b):                    (2)

**Total Offense Level:**                                **8**

**Criminal History Points:**                            **6**

**Criminal History Category:**                          **III**

**Advisory Guideline Sentencing Range:**                **6-12**

# I.      FACTS

## A.      Nature of the Offense

In August of 2008, Ms. Opalia began lawfully receiving SSDI benefits. (PSIR ¶ 6). In August of 2010, Ms. Opalia lawfully obtained additional SSA benefits for her daughter and served as the representative payee. (PSIR ¶¶ 6, 7) Ms. Opalia and her husband separated in roughly 2012 and their daughter resided with Opalia's husband until their divorce was finalized in July of 2013. (PSIR ¶ 9). From July 2013 to August 2017, Opalia converted the SSA benefits of her daughter for her own use. (PSIR ¶ 12). In total, Ms. Opalia converted $22,552 in SSA funds for her own use. *Id.*

# II.      ARGUMENT

Ms. Opalia requests that this Court exercise its authority under 18 U.S.C. § 3553 and United *States v. Booker,* 543 U.S. 220 (2005), to vary from the United States Sentencing Guidelines ("U.S.S.G." or the "Guidelines") and sentence her to a term probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement, or home detention pursuant to U.S.S.G. ¶ 5C1.1(c)(3) or "time served" with a corresponding a term of supervised release with a condition that substitutes community confinement or home detention as provided by U.S.S.G. § 5C1.1(c)(2).

Ms. Opalia submits that after consideration of mitigating factors such as the emotional trauma of sexual abuse in her childhood (PSIR ¶ 52) and the death of her father at age 18 (PSIR ¶ 52), which contributed greatly to significant mental and emotional health issues including suicidal ideation, severe depression and post-traumatic stress disorder. (PSIR ¶¶ 52-56). Such factors contributed to her drug dependence and abuse, which led to the commission of the underlying offense. Ms. Opalia was a drug addict using the proceeds of her daughter's SSA funds to support

her habit. Addressing the drug addiction and the underlying psychological and emotional issues that led to drug use is the key to avoiding recidivism.

The post-offense rehabilitative steps taken by Ms. Opalia to deal with the drug dependence have been significant. She completed three months of inpatient drug treatment, 12 weeks of relapse prevention, attends AA meetings, resides in transitional recovery house and, most importantly, Ms. Opalia will have maintained her sobriety for just over a year as of the time of her sentencing. (PSIR ¶¶ 57-61a). Additionally, Ms. Opalia volunteers twenty hours of her time weekly at the New Life Thrift Store. Sentencing Ms. Opalia to a term of incarceration and removing her from the transitional housing may only disrupt the progress she's already made. The best chance for Ms. Opalia to gain employment and make progress toward restitution is to place Ms. Opalia on Probation or Supervised Release. A term of probation or supervised release would be sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

## III.    CONCLUSION

In summary, based on all of the foregoing information, Ms. Bakker respectfully requests that this Court exercise its authority under 18 U.S.C. § 3553 and *United States v. Booker*, 543 U.S. 220 (2005). Ms. Opalia submits that such a variance is warranted based on exceptional hardships in her childhood and early adulthood, her emotional and mental health issues, her drug addiction, post-offense rehabilitation and lack of significant criminal history. Ms. Opalia respectfully requests that the Court sentence her to a term of probation or supervised release with home confinement so that she may obtain employment, while maintaining her sobriety and completing additional substance abuse treatment.

WHEREFORE, for all of the foregoing reasons, the Defendant respectfully requests that this Court exercise its authority under 18 U.S.C. § 3553 and *United States v. Booker*, 543 U.S. 220

(2005), and grant the Defendant a downward variance and sentence her to probation or supervised release with a condition that substitutes community confinement or home detention.

DATED this 18th day of February, 2019.

Respectfully Submitted,

JAMIE LYNN OPALIA, Defendant,


BY:  /s/ Joshua W. Weir (AT0008804)
BLACK & WEIR LAW OFFICES, LLC
1904 Farnam Street, Suite 425
Omaha, NE 68102
Tel:  (402) 513-3650
Fax:  (844) 222-2417
josh@joshweirlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2019, I electronically filed under seal the foregoing Sealed Sentencing Memorandum with the Clerk of the Court using the CM/ECF system, and forwarded a copy thereof via electronic mail to the following: michael.duffy@usdoj.gov and beth_sanchez@iasp.uscourts.gov.

/s/ Joshua W. Weir (AT0008804)